IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES DAVIS, | ) | |
|          Plaintiff, | ) | |
| | ) | |
|   vs. | ) | Civil Action No. 08-338 |
| | ) | Judge Joy Flowers Conti |
| THE COUNTY OF WESTMORELAND | ) | Chief Magistrate Judge Amy Reynolds Hay |
| and THE WESTMORELAND COUNTY | ) | |
| PRISON, | ) | |
|          Defendants. | ) | |

## ORDER

AND NOW this 12th of October, 2010, plaintiff's counsel having filed a Motion to Withdraw (Doc. 50) stating that the attorney client relationship is irretrievably broken, IT IS HEREBY ORDERED that plaintiff has until December 11, 2010, to either retain new counsel who shall enter his or her appearance on or before that date, or advise the Court that he will proceed with this action *pro se*. Plaintiff is further advised that his failure to comply with this order shall result in the recommendation that the case be dismissed for failure to prosecute.

                                                    /s/ *Amy Reynolds Hay*
                                                    Chief United States Magistrate Judge

cc:    Counsel of Record via CM-ECF